DECIDED JANUARY 14, 1981.

*Edward L. Savell,* for appellant.
*Roy E. Barnes, Daryll Love, Anthony L. Cochran,* for appellees.

## 59386. HAWN v. CHASTAIN et al.

CARLEY, Judge.

In *Hawn v. Chastain,* 154 Ga. App. 609 (269 SE2d 50) (1980), this court affirmed the judgment of the superior court dismissing appellant's appeal from a decision of the county zoning board. On certiorari the judgment of this court was reversed. *Hawn v. Chastain,*

246 Ga. 723 (1980). The judgment of the Supreme Court is made the judgment of this court and the judgment of the trial court is reversed.
*Judgment reversed. Quillian, C. J., and Shulman, P. J., concur.*

DECIDED JANUARY 14, 1981.

*John A. Howard, Kenneth L. Millwood, A. Jack Hinton,* for appellant.
*Joseph R. Bankoff, Conley Ingram, Peter M. Degnan, J. Douglas Henderson, Ben F. Smith, Charles L. Gowen,* for appellees.